B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF  COLORADO  _____

In re: RANCHER ENERGY CORP. _____ ,     Case No.  09-32943-MER  _____
          Debtor                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.   Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

See attached Schedule 1 - Income

2

**2. Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                              SOURCE

---

**3. Payments to creditors**

None
☑

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Item 3-b - Payments to Creditors - 90 Days | | | |

---

None
☐  c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See attached Schedule Item 3-C - Payments to Insiders

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See attached Schedule - Item 4 -

Suits and Administrative Proceedings

---

None
☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| GasRock Capital, LLC | October 21, 2009 | Cash in Bank $98,125.00 |
| 1301 McKinney St., Ste. 2800, Houston, TX 77002 | | |

---

### 5. Repossessions, foreclosures and returns

None
☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

–

4

**6.   Assignments and receiverships**

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | | TERMS OF |
|---|---|---|
| NAME AND ADDRESS | DATE OF | ASSIGNMENT |
| OF ASSIGNEE | ASSIGNMENT | OR SETTLEMENT |

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | NAME AND LOCATION |  | DESCRIPTION |
|---|---|---|---|
| NAME AND ADDRESS | OF COURT |  | AND VALUE |
| OF CUSTODIAN | CASE TITLE & NUMBER | DATE OF ORDER | Of PROPERTY |

**7.   Gifts**

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | RELATIONSHIP |  | DESCRIPTION |
|---|---|---|---|
| OF PERSON | TO DEBTOR, | DATE | AND VALUE |
| OR ORGANIZATION | IF ANY | OF GIFT | OF GIFT |

**8.   Losses**

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION | DESCRIPTION OF CIRCUMSTANCES AND, IF |  |
|---|---|---|
| AND VALUE OF | LOSS WAS COVERED IN WHOLE OR IN PART | DATE |
| PROPERTY | BY  INSURANCE, GIVE PARTICULARS | OF LOSS |

5

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ballard 1225 17th #2300 Denver CO 80202-5596 | February 16, 2009 | $30,000.00 |
| Dufford 1700 Broadway #2100 Denver 80290-2101 | October 26, 2009 | $100,000.00 |

**10.  Other transfers**

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| See attached Item 10-a - Other Transfers | | |

None ☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| GasRock Capital LLC 1301 McKinney #2800 Houston TX 77002 | October 21, 2009 | $98,125.00 |

**14.  Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 999 18th St #1740 Denver CO 80202 | Rancher Energy Corp. | Nov. 2006 - Aug. 2007 |
| 1065 17th St. Denver CO 80202 | Rancher Energy Corp. | May 2006 - Oct. 2006 |

7

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
☐

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

See attached Schedule Item 17-b        Environmental Notices

---

None
☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in

8

which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Rancher Energy Wyo. LLC | Unknown | 999 18th St #3400 | Workers Comp for Emp. | April 24, 2007 |

None
☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS              DATES SERVICES RENDERED

See attached Schedule 19-a - Books, Records, Financial Statements

None
☐    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Hein & Associates | 717 17th St., #1600, Denver, CO 80202 | Jan. 2007 - Oct. 2009 |

None ☐   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| See attached Schedule Item 19-C | Individuals with possession of books and records |

None ☐   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| GasRock Capital LLC, 1301 McKinney St., #2800, Houston, TX 77002 | 10/16/07; 6/30/08; |
| | 7/17/09 |

### 20.  Inventories

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 .  Current Partners, Officers, Directors and Shareholders

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| See attached Schedule Item 21-b, Officers, Directors & | Shareholders | |

**22 . Former partners, officers, directors and shareholders**

None ☑ a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☐ b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| See attached Schedule Item 22-b - Former Officers | and Directors | |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------------------------------------------------------|---------------------------------|-------------------------------------------------------|
| See attached Schedule Item 3-c above | | |

**24. Tax Consolidation Group.**

None ☐ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|-----------------------------|--------------------------------------|
| Rancher Energy Corp. | 98-0422451 |

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|-----------------------|--------------------------------------|
| Rancher Energy Corp. 401K Profit Sharing Plan & Trust | 98-0422451 |

\*   \*   \*   \*   \*   \*

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature _____

of Debtor

Date _____     Signature _____
of Joint Debtor
(if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date *Nov 12, 2009*     Signature *Jon C Nicolaysen*

Print Name and Title
Jon C. Nicolaysen, Chief Executive Officer

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**16** continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____     _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

Statement of Financial Affairs
Item #          **1**
Name            **Income from operation of business**

| Period | Amount | Source |
|---|---|---|
| Fiscal Year to Date Apr 1-Oct 28 2009 | $  1,802,874 | Crude Oil Sales |
| Fiscal Year to Date Apr 1-Sep 30, 2010 | $     93,378 | Realized gains on derivative activites |
| Fiscal Year 2009 (Apr 1, 2008--Mar 31, 2009) | $  5,140,660 | Crude Oil Sales |
| Fiscal Year 2009 (Apr 1, 2008--Mar 31, 2009) | $  1,227,567 | Realized gains on derivative activites |
| Fiscal Year 2008 (Apr 1, 2007--Mar 31, 2008) | $  6,344,414 | Crude Oil Sales |

| Statement of Financial Affairs | | | | |
|---|---|---|---|---|
| Item # | **3-b** | | | |
| Name | **Payments to creditors within 90 days of filing** | | | |
| Name of Creditor | Address of Creditor | Dates of Payments/Transfers | Amount Paid of Value of Transfers | Amount Still Owing |
| BAKER HUGHES | 12645 W. Airport Blvd Sugar Land TX 77478 | 08/14/2009 | 1,350.77 | |
| BAKER HUGHES | | 08/27/2009 | 5,901.79 | |
| BAKER HUGHES | | 09/10/2009 | 3,830.56 | |
| BAKER HUGHES | | 09/24/2009 | 1,276.85 | |
| | | | | |
| BLUECROSS BLUESHIELD OF WY | PO Box 2266 Cheyenne WY 80210-9986 | 08/14/2009 | 224.05 | |
| BLUECROSS BLUESHIELD OF WY | | 08/27/2009 | 2,633.05 | |
| BLUECROSS BLUESHIELD OF WY | | 09/10/2009 | 2,633.05 | |
| BLUECROSS BLUESHIELD OF WY | | 10/08/2009 | 2,633.05 | |
| | | | | |
| CHERYL YORK | 9493 Palisade Court, Highlands Ranch CO 80130 | 7/31/2009 | 1,634.74 | |
| CHERYL YORK | | 8/7/2009 | 1,634.74 | |
| CHERYL YORK | | 8/14/2009 | 1,634.74 | |
| CHERYL YORK | | 8/21/2009 | 1,634.74 | |
| CHERYL YORK | | 8/28/2009 | 1,634.74 | |
| CHERYL YORK | | 9/4/2009 | 1,634.74 | |
| CHERYL YORK | | 9/11/2009 | 1,634.74 | |
| CHERYL YORK | | 9/18/2009 | 1,634.74 | |
| CHERYL YORK | | 9/25/2009 | 1,634.74 | |
| CHERYL YORK | | 10/2/2009 | 1,634.74 | |
| CHERYL YORK | | 10/9/2009 | 1,634.74 | |
| CHERYL YORK | | 10/12/2009 | 1,634.74 | |
| | | | | |
| DENISE GREER | 13248 Red Deer Trail Broomfield CO 80020 | 07/29/2009 | 245.37 | |
| DENISE GREER | | 09/30/2009 | 45.66 | |
| DENISE GREER | | 7/31/2009 | 3,166.71 | |
| DENISE GREER | | 8/7/2009 | 3,166.71 | |
| DENISE GREER | | 8/14/2009 | 3,166.71 | |
| DENISE GREER | | 8/21/2009 | 3,166.71 | |
| DENISE GREER | | 8/28/2009 | 3,166.71 | |
| DENISE GREER | | 9/4/2009 | 3,166.71 | |
| DENISE GREER | | 9/11/2009 | 3,166.71 | |
| DENISE GREER | | 9/18/2009 | 3,166.71 | |
| DENISE GREER | | 9/25/2009 | 3,166.71 | |
| DENISE GREER | | 10/2/2009 | 3,166.71 | |
| DENISE GREER | | 10/9/2009 | 3,166.71 | |
| DENISE GREER | | 10/12/2009 | 3,166.71 | |
| | | | | |
| GASROCK CAPITAL LLC | 1301 McKinney St, Ste 2800 Houston TX 77002 | 07/31/2009 | 104,034.89 | |
| GASROCK CAPITAL LLC | | 08/31/2009 | 104,393.23 | |
| GASROCK CAPITAL LLC | | 09/30/2009 | 101,373.68 | |
| GASROCK CAPITAL LLC | | 08/31/2009 | 10,986.32 | |
| GASROCK CAPITAL LLC | | 09/30/2009 | 12,945.95 | |
| GASROCK CAPITAL LLC | | 09/30/2009 | 5,000.00 | |
| | | | | |

| Statement of Financial Affairs | | | | |
|---|---|---|---|---|
| Item # | 3-b | | | |
| Name | Payments to creditors within 90 days of filing | | | |
| Name of Creditor | Address of Creditor | Dates of Payments/Transfers | Amount Paid of Value of Transfers | Amount Still Owing |
| GREG GEORGE | 1161 S. Forrest St, Casper WY 82609 | 09/24/2009 | 41.54 | |
| GREG GEORGE | | 7/31/2009 | 1,093.92 | |
| GREG GEORGE | | 8/7/2009 | 1,017.60 | |
| GREG GEORGE | | 8/14/2009 | 1,017.60 | |
| GREG GEORGE | | 8/21/2009 | 1,017.60 | |
| GREG GEORGE | | 8/28/2009 | 1,017.60 | |
| GREG GEORGE | | 9/4/2009 | 1,017.60 | |
| GREG GEORGE | | 9/11/2009 | 1,017.60 | |
| GREG GEORGE | | 9/18/2009 | 1,017.60 | |
| GREG GEORGE | | 9/25/2009 | 1,017.60 | |
| GREG GEORGE | | 10/2/2009 | 1,017.60 | |
| GREG GEORGE | | 10/9/2009 | 1,017.60 | |
| GREG GEORGE | | 10/12/2009 | 1,017.60 | |
| | | | | |
| HEIN & ASSOCIATES, LLP | 717 17th St Suite 1600 Denver CO 80202 | 08/18/2009 | 15,000.00 | |
| HEIN & ASSOCIATES, LLP | | 08/14/2009 | 15,377.00 | |
| | | | | |
| IMA OF COLORADO, INC. | 1550 17th St. Suite 600 Denver CO 80202-1657 | 09/24/2009 | 12,375.00 | |
| | | | | |
| JOHN WORKS | 6165 E/ Iliff Ave, No B-107 Denver, CO 80222 | 10/02/2009 | 17,940.42 | |
| JOHN WORKS | | 7/31/2009 | 4,419.23 | |
| JOHN WORKS | | 8/7/2009 | 4,419.23 | |
| JOHN WORKS | | 8/14/2009 | 4,419.23 | |
| JOHN WORKS | | 8/21/2009 | 4,419.23 | |
| JOHN WORKS | | 8/28/2009 | 4,419.23 | |
| JOHN WORKS | | 9/4/2009 | 4,419.23 | |
| JOHN WORKS | | 9/11/2009 | 4,419.23 | |
| JOHN WORKS | | 9/18/2009 | 4,419.23 | |
| JOHN WORKS | | 9/25/2009 | 4,419.23 | |
| JOHN WORKS | | 10/2/2009 | 4,419.23 | |
| | | | | |
| KEY ENERGY SERVICES | PO Box 3201858, Dallas TX 75320-1858 | 09/24/2009 | 25,074.58 | |
| | | | | |
| LBA REALTY FUND III-CO III LLC | PO Box 30448 Los Angeles CA 90030-0448 | 07/29/2009 | 33,064.87 | |
| LBA REALTY FUND III-CO III LLC | | 08/27/2009 | 33,064.87 | |
| LBA REALTY FUND III-CO III LLC | | 09/24/2009 | 33,064.87 | |
| | | | | |
| LISA DIMUCCIO | 9545 E. 113th Ave, Henderson CO 80640 | 7/31/2009 | 1,500.00 | |
| LISA DIMUCCIO | | 8/7/2009 | 1,640.00 | |
| LISA DIMUCCIO | | 8/14/2009 | 1,425.00 | |
| LISA DIMUCCIO | | 8/21/2009 | 1,662.50 | |
| LISA DIMUCCIO | | 8/28/2009 | 1,450.00 | |

Item 3-b Pymts 90 Days

| Statement of Financial Affairs | | | | |
|---|---|---|---|---|
| Item # | 3-b | | | |
| Name | Payments to creditors within 90 days of filing | | | |
| Name of Creditor | Address of Creditor | Dates of Payments/Transfers | Amount Paid of Value of Transfers | Amount Still Owing |
| LISA DIMUCCIO | | 9/4/2009 | 1,650.00 | |
| LISA DIMUCCIO | | 9/11/2009 | 1,525.00 | |
| LISA DIMUCCIO | | 9/18/2009 | 1,500.00 | |
| LISA DIMUCCIO | | 9/25/2009 | 1,000.00 | |
| LISA DIMUCCIO | | 10/2/2009 | 1,650.00 | |
| LISA DIMUCCIO | | 10/9/2009 | 1,875.00 | |
| LISA DIMUCCIO | | 10/12/2009 | 1,612.50 | |
| | | | | |
| LONABAUGH AND RIGGS, LLP | 50 East Loucks St Suite 110 Sheridan WY 82801 | 08/14/2009 | 8,251.75 | |
| | | | | |
| MICHAEL PATIK | 2240 W. 45th Street, Casper WY 82604 | 09/10/2009 | 24.50 | |
| MICHAEL PATIK | | 7/31/2009 | 943.60 | |
| MICHAEL PATIK | | 8/7/2009 | 943.60 | |
| MICHAEL PATIK | | 8/14/2009 | 943.60 | |
| MICHAEL PATIK | | 8/21/2009 | 943.60 | |
| MICHAEL PATIK | | 8/28/2009 | 943.60 | |
| MICHAEL PATIK | | 9/4/2009 | 943.60 | |
| MICHAEL PATIK | | 9/11/2009 | 943.60 | |
| MICHAEL PATIK | | 9/18/2009 | 1,297.45 | |
| MICHAEL PATIK | | 9/25/2009 | 943.60 | |
| MICHAEL PATIK | | 10/2/2009 | 943.60 | |
| MICHAEL PATIK | | 10/9/2009 | 943.60 | |
| MICHAEL PATIK | | 10/12/2009 | 943.60 | |
| | | | | |
| PATTON BOGGS, LLP | 1801 California St. Ste 4900 Denver CO 80202 | 07/28/2009 | 15,000.00 | |
| PATTON BOGGS, LLP | | 08/04/2009 | 10,000.00 | |
| PATTON BOGGS, LLP | | 08/11/2009 | 15,000.00 | |
| PATTON BOGGS, LLP | | 08/18/2009 | 15,000.00 | |
| PATTON BOGGS, LLP | | 09/11/2009 | 15,000.00 | |
| PATTON BOGGS, LLP | | 09/25/2009 | 15,000.00 | |
| PATTON BOGGS, LLP | | 08/14/2009 | 3,585.84 | |
| PATTON BOGGS, LLP | | 09/10/2009 | 2,075.00 | |
| | | | | |
| PORTER & HEDGES, LLP | 1000 Main St, 36th Floor Houston TX 77002 | 08/27/2009 | 15,000.00 | |
| PORTER & HEDGES, LLP | | 09/10/2009 | 15,000.00 | |
| | | | | |
| PRECISION ENERGY SERVICES, INC. | PO Box 200698, Dallas TX 75320-0698 | 08/14/2009 | 9,613.09 | |
| | | | | |
| RICHARD DANILUK | 4607 S. Ivory Circle Aurora CO 80015 | 07/29/2009 | 9,562.50 | |
| RICHARD DANILUK | | 08/14/2009 | 2,437.50 | |
| RICHARD DANILUK | | 09/10/2009 | 8,479.76 | |

Item 3-b Pymts 90 Days

| Statement of Financial Affairs | | | | |
|---|---|---|---|---|
| Item # | 3-b | | | |
| Name | Payments to creditors within 90 days of filing | | | |
| Name of Creditor | Address of Creditor | Dates of Payments/Transfers | Amount Paid of Value of Transfers | Amount Still Owing |
| RICHARD DANILUK | | 09/24/2009 | 3,437.50 | |
| RICHARD DANILUK | | 10/08/2009 | 3,562.50 | |
| | | | | |
| RICHARD KURTENBACH | 31 Lark Bunting Lane Littleton CO 80127 | 09/10/2009 | 255.72 | |
| RICHARD KURTENBACH | | 09/24/2009 | 180.23 | |
| RICHARD KURTENBACH | | 7/31/2009 | 3,457.69 | |
| RICHARD KURTENBACH | | 8/7/2009 | 3,457.69 | |
| RICHARD KURTENBACH | | 8/14/2009 | 3,457.69 | |
| RICHARD KURTENBACH | | 8/21/2009 | 3,457.69 | |
| RICHARD KURTENBACH | | 8/28/2009 | 3,457.69 | |
| RICHARD KURTENBACH | | 9/4/2009 | 3,457.69 | |
| RICHARD KURTENBACH | | 9/11/2009 | 3,457.69 | |
| RICHARD KURTENBACH | | 9/18/2009 | 3,457.69 | |
| RICHARD KURTENBACH | | 9/25/2009 | 3,457.69 | |
| RICHARD KURTENBACH | | 10/2/2009 | 3,457.69 | |
| RICHARD KURTENBACH | | 10/9/2009 | 3,457.69 | |
| RICHARD KURTENBACH | | 10/12/2009 | 3,457.69 | |
| | | | | |
| ROCKY MOUNTAIN POWER | 1033 NE 6th Ave Portland OR 97256 | 08/14/2009 | 393.87 | |
| ROCKY MOUNTAIN POWER | | 08/27/2009 | 32,010.99 | |
| ROCKY MOUNTAIN POWER | | 09/10/2009 | 393.87 | |
| ROCKY MOUNTAIN POWER | | 10/13/2009 | 33,272.99 | |
| | | | | |
| SCOTTY A. SMITH | 2081 Little Bear Road, Gallatin Gatewey MT 59730 | 08/14/2009 | 2,100.00 | |
| SCOTTY A. SMITH | | 09/10/2009 | 2,400.00 | |
| SCOTTY A. SMITH | | 09/30/2009 | 2,625.00 | |
| | | | | |
| STEPHEN DELGER | 641 W. 50th Street, Casper WY 82601 | 08/14/2009 | 598.80 | |
| STEPHEN DELGER | | 09/24/2009 | 437.94 | |
| STEPHEN DELGER | | 7/31/2009 | 1,538.40 | |
| STEPHEN DELGER | | 8/7/2009 | 1,538.40 | |
| STEPHEN DELGER | | 8/14/2009 | 1,538.40 | |
| STEPHEN DELGER | | 8/21/2009 | 1,538.40 | |
| STEPHEN DELGER | | 8/28/2009 | 1,538.40 | |
| STEPHEN DELGER | | 9/4/2009 | 1,538.40 | |
| STEPHEN DELGER | | 9/11/2009 | 1,538.40 | |
| STEPHEN DELGER | | 9/18/2009 | 1,538.40 | |
| STEPHEN DELGER | | 9/25/2009 | 1,538.40 | |
| STEPHEN DELGER | | 10/2/2009 | 1,538.40 | |
| STEPHEN DELGER | | 10/9/2009 | 1,538.40 | |
| STEPHEN DELGER | | 10/12/2009 | 1,538.40 | |
| | | | | |
| TIFFANY K. GREER | 1023 Grove Street Denver CO 80204 | 07/29/2009 | 1,115.50 | |
| TIFFANY K. GREER | | 08/14/2009 | 935.00 | |
| TIFFANY K. GREER | | 08/27/2009 | 937.00 | |

Item 3-b Pymts 90 Days

| Statement of Financial Affairs | | | | |
|---|---|---|---|---|
| Item # | 3-b | | | |
| Name | Payments  to creditors within 90 days of filing | | | |
| Name of Creditor | Address of Creditor | Dates of Payments/Transfers | Amount Paid of Value of Transfers | Amount Still Owing |
| TIFFANY K. GREER | | 09/10/2009 | 901.00 | |
| TIFFANY K. GREER | | 09/24/2009 | 1,005.00 | |
| TIFFANY K. GREER | | 10/08/2009 | 901.00 | |
| | | | | |
| UNITED HEALTHCARE | Dept CH 10151, Palatine IL 60055-0151 | 08/27/2009 | 5,145.62 | |
| UNITED HEALTHCARE | | 09/10/2009 | 4,336.39 | |
| UNITED HEALTHCARE | | 09/30/2009 | 733.48 | |
| UNITED HEALTHCARE | | 10/08/2009 | 5,069.87 | |
| | | | | |
| VALENTINE CONSTRUCTION, INC. | P. O. Box 490 Glenrock WY 82637 | 07/29/2009 | 825.25 | |
| VALENTINE CONSTRUCTION, INC. | | 08/14/2009 | 672.00 | |
| VALENTINE CONSTRUCTION, INC. | | 08/27/2009 | 740.25 | |
| VALENTINE CONSTRUCTION, INC. | | 09/10/2009 | 84.00 | |
| VALENTINE CONSTRUCTION, INC. | | 09/24/2009 | 3,921.75 | |
| | | | | |
| VINTAGE FILINGS, LLC | 150 West 46th Street New York NY 10036 | 07/29/2009 | 2,561.00 | |
| VINTAGE FILINGS, LLC | | 08/14/2009 | 2,232.00 | |
| VINTAGE FILINGS, LLC | | 08/27/2009 | 1,746.00 | |
| VINTAGE FILINGS, LLC | | 09/10/2009 | 603.00 | |
| | | | | |
| WYOMING DEPT OF REVENUE | 122 West 25th St Cheyenne WY 82005-0110 | 08/14/2009 | 29,662.44 | |
| WYOMING DEPT OF REVENUE | | 08/18/2009 | 6,055.00 | |
| WYOMING DEPT OF REVENUE | | 09/10/2009 | 18,277.77 | |
| WYOMING DEPT OF REVENUE | | 10/08/2009 | 21,681.09 | |
| | | | | |

Item 3-b Pymts 90 Days

Statement of Financial Affairs

| | |
|---|---|
| Item # | 3-c |
| Name | Payments within one year to insiders |

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| **John Works  6165 E Iliff Ave. NO B-107**<br>**Denver CO 80222**<br>**President, CEO Director** | | | |
| | 10/31/08 | 9,575.00 | |
| | 11/15/08 | 9,575.00 | |
| | 11/30/08 | 9,575.00 | |
| | 12/15/08 | 9,575.00 | |
| | 12/31/08 | 9,575.00 | |
| | 01/15/09 | 9,575.00 | |
| | 01/31/09 | 9,575.00 | |
| | 02/10/09 | 209.25 | |
| | 02/15/09 | 9,575.00 | |
| | 02/28/09 | 9,575.00 | |
| | 03/15/09 | 9,575.00 | |
| | 03/30/09 | 175.47 | |
| | 03/31/09 | 9,575.00 | |
| | 04/03/09 | 2,596.15 | |
| | 04/10/09 | 4,419.23 | |
| | 04/17/09 | 4,419.23 | |
| | 04/24/09 | 4,419.23 | |
| | 05/01/09 | 4,419.23 | |
| | 05/08/09 | 4,419.23 | |
| | 05/15/09 | 4,419.23 | |
| | 05/22/09 | 4,419.23 | |
| | 05/29/09 | 4,419.23 | |
| | 06/05/09 | 4,419.23 | |
| | 06/12/09 | 4,419.23 | |
| | 06/19/09 | 4,419.23 | |
| | 06/26/09 | 4,419.23 | |
| | 07/03/09 | 4,419.23 | |
| | 07/10/09 | 4,419.23 | |
| | 07/17/09 | 4,419.23 | |
| | 07/24/09 | 4,419.23 | |
| | 07/31/09 | 4,419.23 | |
| | 08/07/09 | 4,419.23 | |
| | 08/14/09 | 4,419.23 | |
| | 08/21/09 | 4,419.23 | |
| | 08/28/09 | 4,419.23 | |
| | 09/04/09 | 4,419.23 | |
| | 09/11/09 | 4,419.23 | |
| | 09/18/09 | 4,419.23 | |
| | 09/25/09 | 4,419.23 | |
| | 10/02/09 | 23,906.25 | |
| | 10/02/09 | 4,419.23 | |
| | | 247,112.10 | |

**RICHARD KURTENBACH**
**31 Lark Bunting Lane**
**Littleton CO 80127**
**Chief Accounting Officer**

Statement of Financial Affairs

| Item # | 3-c |
| Name | Payments within one year to insiders |

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| | 10/31/08 | 7,491.67 | |
| | 11/15/08 | 7,491.67 | |
| | 11/30/08 | 7,491.67 | |
| | 12/15/08 | 7,491.67 | |
| | 12/23/08 | 365.36 | |
| | 12/31/08 | 7,491.67 | |
| | 01/15/09 | 7,491.67 | |
| | 01/31/09 | 7,491.67 | |
| | 02/15/09 | 7,491.67 | |
| | 02/18/09 | 515.52 | |
| | 02/28/09 | 7,491.67 | |
| | 03/15/09 | 7,491.67 | |
| | 03/30/09 | 738.88 | |
| | 03/31/09 | 7,491.67 | |
| | 04/03/09 | 2,019.23 | |
| | 04/10/09 | 3,457.69 | |
| | 04/16/09 | 279.71 | |
| | 04/23/09 | 3,457.69 | |
| | 04/30/09 | 3,457.69 | |
| | 05/07/09 | 3,457.69 | |
| | 05/14/09 | 3,457.69 | |
| | 05/21/09 | 3,457.69 | |
| | 05/28/09 | 3,457.69 | |
| | 05/27/09 | 458.15 | |
| | 06/03/09 | 3,457.69 | |
| | 06/10/09 | 3,457.69 | |
| | 06/17/09 | 3,457.69 | |
| | 06/24/09 | 3,457.69 | |
| | 07/01/09 | 3,457.69 | |
| | 07/08/09 | 3,457.69 | |
| | 07/07/09 | 261.54 | |
| | 07/14/09 | 3,457.69 | |
| | 07/21/09 | 3,457.69 | |
| | 07/28/09 | 3,457.69 | |
| | 08/04/09 | 3,457.69 | |
| | 08/11/09 | 3,457.69 | |
| | 08/18/09 | 3,457.69 | |
| | 08/25/09 | 3,457.69 | |
| | 09/01/09 | 3,457.69 | |
| | 09/08/09 | 3,457.69 | |
| | 09/09/09 | 255.72 | |
| | 09/16/09 | 3,457.69 | |
| | 09/23/09 | 3,457.69 | |
| | 09/24/09 | 180.23 | |
| | 10/01/09 | 3,457.69 | |
| | 10/08/09 | 3,457.69 | |
| | 10/15/09 | 3,457.69 | |
| | 10/12/09 | 3,457.69 | |
| | | 184,298.03 | |

Statement of Financial Affairs
Item #                              3-c
Name                                Payments within one year to insiders

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| **Joseph McCoy**<br>**10811 Timberglen Drive**<br>**Houston TX 77024**<br>**Director** | 12/31/08 | 18,750.00 | |
| | 09/29/09 | 566.65 | |
| | | 19,316.65 | |
| **Patrick Murray**<br>**6341 Waggoner Drive**<br>**Dallas TX 75230**<br>**Director** | 12/31/08 | 11,250.00 | |
| | 01/05/09 | 4,000.00 | |
| | | 15,250.00 | |
| **Myron Sheinfeld**           **2201**<br>**Robinhood,**          **Houston TX**<br>**77045**          **Director** | 12/31/08 | 11,250.00 | |
| | 01/05/09 | 4,000.00 | |
| | | 15,250.00 | |
| **William Anderson**          **52**<br>**D Briar Hollow**<br>**Houston TX 713630-9606**<br>**Director** | 12/31/08 | 14,750.00 | |
| | | 14,750.00 | |
| **Mark Worthey**<br>**1110 Lake Point Circle**<br>**McKinney TX 75070**<br>**Director** | 12/31/08 | 11,250.00 | |
| | 01/05/09 | 3,500.00 | |
| | | 14,750.00 | |
| **Mathijs van Houweninge**<br>**Schoolstraat 6 3581 PS**<br>**Ultrecht, the Netherlands** | 10/16/09 | 4,405.68 | |

Statement of Financial Affairs

Item #    4

Name    Suits and Administrative proceedings

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Loaction | Status or Dispositon |
|---|---|---|---|
| Steven V. Houghtaling v. Rancher Energy Corp Case # 09C02913 | Breach of Contract | County Court Denver County, Colorado | Dismissed by Plaintiff with Prejudice |
| Frank W. Cutler, Walfran, Ltd., FWC Educational Trust aka Frank W. Cutler Educational Trust dated 12/15/99, James Deccio, Eva Ferencova, Erin Rahn, Ralph Karp, Dewain Campbell, Merrill McCarthy, Lakin McCarthy, a minor, by Merrill McCarthy her guardian ad litem, and Bryn McCarthy, a minor, by Merrill McCarthy, her guardian ad litem, v. Rancher Energy Corp, John Works, and Does 1 to 20 inclusive. Case Number -00121765 | Complaint for Damages for (1) Intentional Misrepresentation; (2) Negligent Misrepresentation; (3) Concealment; (4) Unture Statements or Omissions in Connection with Sale of a Security; and (5) Violations of Federal Securities Laws | Superior Court of the State of California County of Orange | Dismissed by Plaintiff Without Prejudice   Tolling Agreement |
| Frank W. Cutler, Walfran, Ltd., FWC Educational Trust aka Frank W. Cutler Educational Trust dated 12/15/99, James Deccio, Eva Ferencova, Erin Rahn, Ralph Karp, Dewain Campbell, Merrill McCarthy, Lakin McCarthy, a minor, by Merrill McCarthy her guardian ad litem, and Bryn McCarthy, a minor, by Merrill McCarthy, her guardian ad litem, v. Rancher Energy Corp, John Works, and Does 1 to 20 inclusive. Case Number - CV09-2696 ODW (JWJx) | Complaint for Damages for (1) Intentional Misrepresentation; (2) Negligent Misrepresentation; (3) Concealment; (4) Unture Statements or Omissions in Connection with Sale of a Security; and (5) Violations of Federal Securities Laws | United States District Court Central District of California | Dismissed by Plaintiff Without Prejudice   Tolling Agreement |

Statement of Financial Affairs

Item #

Name

**Item 10-a**

**Other Transfers**

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|
| GasRock Capital LLC 1301 Mckinney St, Suite 2800 Houston TX 77002 Secured Lender under Term Credit Agreement | October 16, 2007 | 2% Overriding royalty interest (proportionately reduced when Debtor owns less the 100% working interest) in all of Debtor's Oil and gas properties |
| GasRock Capital LLC 1301 Mckinney St, Suite 2800 Houston TX 77002 Secured Lender under Term Credit Agreement | October 22, 2008 | 1% Overriding royalty interest (proportionately reduced when Debtor owns less the 100% working interest) in all of Debtor's Oil and gas properties |
| GasRock Capital LLC 1301 Mckinney St, Suite 2800 Houston TX 77002 Secured Lender under Term Credit Agreement | June 3, 2009 | 10% Net Profits Interest in all of Debtor's Oil and Gas Properties |

Item10-a Other Transfers

Statement of Financial Affairs
Item #
Name

17-b
Environmental Notices by debtor to governmental unit

| Site name and address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| South Glenrock B Unit Well #53, Converse County Wyoming | Wyoming Department of Environmental Quality Herschler Building Cheyenne, WY 82002 and Wyoming Oil and Gas Conservation Commission 2211 King Blvd PO Box 2640 Casper WY 82602 | March 12, 2009 | Wyoming Water Quality Rules and Regulations |
| South Glenrock B Unit Well #63, Converse County Wyoming | Wyoming Department of Environmental Quality Herschler Building Cheyenne, WY 82002 and Wyoming Oil and Gas Conservation Commission 2211 King Blvd PO Box 2640 Casper WY 82602 | March 30, 2009 | Wyoming Water Quality Rules and Regulations |
| South Glenrock B Unit Well #51, Converse County Wyoming | Wyoming Department of Environmental Quality Herschler Building Cheyenne, WY 82002 and Wyoming Oil and Gas Conservation Commission 2211 King Blvd PO Box 2640 Casper WY 82602 | April 24, 2009 | Wyoming Water Quality Rules and Regulations |

Item 17-b Environmental notices

Statement of Financial Affairs
Item #         **19-a**
Name         **Books Records and financial statements**

| Name and address | | Dates Services Rendered |
|---|---|---|
| Laureen Wise - Controller<br>7296 S. Vance Court<br>Littleton CO 80128 | | Sep 12, 2006--Apri 10, 2008 |
| | | |
| Richard E. Kurtenbach - Chief<br>Accounting Officer<br>31 Lark Bunting Lane<br>Littleton, CO 80127 | | Aug 27, 2007--Present |
| | | |
| Lisa Dimuccio - Controller<br>9545 E. 113th Ave,<br> Henderson CO 80640 | | Apr 5, 2007 -- Present |

Statement of Financial Affairs
Item #

**19-c**

**Individuals with possession of books and**
Name
**records at commencement of case**

| Name | | Address |
|------|--|---------|
| Richard E. Kurtenbach - Chief Accounting Officer | | 31 Lark Bunting Lane<br>Littleton, CO 80127 |
| | | |
| Lisa Dimuccio - Controller | | 9545 E. 113th Ave,<br>Henderson CO 80640 |

Statement of Financial Affairs

| Item # | | **21-b** |
| Name | | **Officers, directors and shareholders in excess of 5%** |

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| Jon C. Nicolaysen<br>1134 South Wolcott<br>Casper WY 80601 | President, CEO Director | Direct - Less than 1% |
| A.L. Sid Overton<br>6950 E. Belleview Ave, Suite 202<br>Greenwood Village, CO 80111 | Director | None |
| Mathijs van Houweninge<br>Schoolstraat 6 3581 PS<br>Ulctercht, The Netherlands | Director | Direct - Less than 1% |
| Jefferey B. Bennett<br>145 South Durbin, Suite 207<br>Casper, WY 82601 | Director | Direct - Less than 1% |
| Richard E. Kurtenbach<br>31 Lark Bunting Lane<br>Littleton, CO 80127 | Chief Accounting Officer | None |
| Hound Partners LLC, et. al.<br>101 Park Avenue, 48th Floor<br>New York, NY 10178 | Shareholder | Direct -   11.1% |
| Persistency Capital LLC, et. al.<br>1270 Avenue of the Americas, Suite 2100<br>New York, NY 10020 | Shareholder | Direct -   8.6% |
| The Bessemer Group, et. al.<br>650 5th Ave<br>New York, NY 10111 | Shareholder | Direct -   9.5% |
| Sergie Stetsenko<br>Paredeplatz 4<br>Zurich 8001 Switzerland | Shareholder | Direct -   7.4% |

Statement of Financial Affairs
Item #                                    **22-b**
Name                                      **Former officers and directors**

| Name and Address | Title | Date of Termination |
|---|---|---|
| John Works<br>6165 E. Iliff Ave, No B-107<br>Denver CO 80222 | President, CEO, CFO<br>Director | Oct 1, 2009<br>Sep 30, 2009 |
| Joseph P. Mccoy<br>10811 Timberglen Drive<br>Houston TX 77024 | Director | Sep 30, 2009 |
| William A. Anderson<br>52 D Briar Hollow<br>Houston TX 71363 | Director | Sep 30, 2009 |
| Patrick Murray<br>6341 Waggoner Drive<br>Dallas TX 75230 | Director | Sep 30, 2009 |
| Myron Shienfeld<br>2201 Robinhood<br>Houston TX 77045 | Director | Sep 30, 2009 |
| Mark Worthey<br>1110 Lake Point Circle<br>McKinney TX 75070 | Director | Sep 30, 2009 |