UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: RANCHER ENERGY CORP.,      ) Case No. 09-32943MER
                                  )
Debtor                            ) Chapter 11
                                  )
                                  )

**APPLICATION TO EMPLOY ONSAGER, STAELIN & GUYERSON, LLC, AS COUNSEL FOR THE DEBTOR**

The Debtor, Rancher Energy Corp., through its proposed attorneys Onsager, Staelin & Guyerson, LLC, applies to this Court for authorization to employ Onsager, Staelin & Guyerson, LLC ("OSG"), as counsel for the Debtor as follows:

1. Rancher Energy Corp. (the "Debtor") filed for relief under Chapter 11 of the Bankruptcy Code on October 28, 2009.

2. Debtor is a debtor-in-possession, and no trustee has been appointed in this case.

3. Debtor previously sought and obtained approval to employ Dufford & Brown, P.C. ("D&B") as its primary counsel in the chapter 11 proceedings. Debtor has elected to substitute OSG as its primary bankruptcy counsel. D&B will continue to represent Debtor as special counsel for securities, oil and gas and other matters as may be requested by Debtor. In connection with the performance of its duties and obligations as debtor in possession, Debtor requests authority to employ the OSG as its primary counsel in these Chapter 11 proceedings.

4. Debtor desires to retain OSG because of the firm's experience and knowledge in the field of debtor and creditor rights and business reorganizations under Chapter 11 of the Bankruptcy Code and the firm's expertise, experience, and knowledge in practicing before this Court. Such expertise causes the Debtor to believe that OSG is well qualified to assist in representing it in its Chapter 11 case in a most efficient and timely manner.

5. Debtor further believes that employment of OSG is necessary. The services to be rendered by OSG will include, but not be limited to, the following:

   a) legal advice with respect to Debtor's rights and duties as debtor in possession and continued business operations;

   b) to assist, advise and represent Debtor in any manner relevant to preserving and protecting Debtor's estate;

   c) to prepare on behalf of Debtor all necessary applications, motions,

      answers, orders, reports, plans, disclosure statements and other legal papers;

   d) to appear in Court and to protect the interests of Debtor before the Court;

   e) to assist in the winding up and dismissal of the bankruptcy proceedings of Debtor;

   f) to assist Debtor in administrative matters; and

   g) to perform all other legal services for Debtor which may be necessary and proper in these proceedings.

OSG will further perform any and all other legal services for Debtor that Debtor may determine necessary and appropriate.

  6. OSG's hourly rates for the services referenced above are as follows:

| Name | Rate |
|---|---|
| Christian Onsager | $350.00 per hour |
| Michael Guyerson | $325.00 per hour |
| David M. Rich | $300.00 per hour |
| J. Brian Fletcher | $275.00 per hour |
| Andrew D. Johnson | $225.00 per hour |
| Paralegal | $80.00 per hour |

All compensation to professionals shall be subject to approval by the Court after an additional motion and notice.

  7. To the best of OSG's knowledge, neither it nor its employees have any connection or conflict of interest with the bankruptcy estate, Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee's Office, or any person employed in the Office of the United States Trustee, except as set forth in the Affidavit of Christian C. Onsager submitted herewith and except that the firm may represent Chapter 7 panel trustees in unrelated Chapter 7 cases.

  8. OSG is a disinterested person as defined by 11 USC §101(14) and qualified to be employed under §327(a) and FRBP 2014(a). *See* Affidavit of Christian C. Onsager submitted herewith.

  9. OSG has received a retainer in the amount of $25,000 (the "Retainer"). The Retainer was paid by Debtor's president, Jon C. Nicolaysen ("Nicolaysen"). The Retainer was deposited in the COLTAF account of Onsager, Staelin & Guyerson, LLC. Approval of the Retainer is the subject of a separate Motion to Approve Retainer (the "Retainer Motion") filed concurrently with the Court. As disclosed in the Retainer Motion, Debtor is seeking authority to treat the Retainer as a loan from Nicolaysen pursuant to 11 U.S.C. § 364(a).

10. Although OSG received payment of the Retainer from a third party, OSG meets the "disinterested person" standard required by 11 U.S.C. § 327. *See In re Rabex Amuru of North Carolina, Inc.,* 198 B.R. 892 (Bankr. M.D.N.C. 1996); *In re Lotus Properties LP,* 200 B.R. 388 (Bankr. C.D. Cal. 1996). Attached hereto as **Exhibit A** is a letter sent by OSG to Nicolaysen (the "Retainer Letter"). Pursuant to the Retainer Letter, OSG explained and disclosed that OSG's client is Debtor and payment of the Retainer would not affect the attorney-client relationship, including the duty of loyalty between OSG and Debtor. In addition, OSG encouraged Nicolaysen to seek advice from independent legal counsel. All parties acknowledged their understanding and consent to the terms of the Retainer Letter.

11. No promises have been received by OSG or by any shareholders, counsel or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

12. Debtor asserts that employment of OSG is the best interests of the estate.

WHEREFORE, the Debtor requests the Court to enter its Order authorizing the employment of Onsager, Staelin & Guyerson, LLC, as counsel to the Debtor, *nunc pro tunc* to the date of filing of this Application and awarding such other relief as this Court deems proper.

Dated: January 7, 2010.    Respectfully submitted,

**Onsager, Staelin & Guyerson, LLC**
 /s/ Christian C. Onsager
Christian C. Onsager, #6889
Michael J. Guyerson, #11279
J. Brian Fletcher, #28629
1873 S. Bellaire St., Suite 1401
Denver, Colorado 80222
Ph: (303) 512-1123
Fax: (303) 512-1129
consager@osglaw.com
mguyerson@osglaw.com
jbfletcher@osglaw.com

## Certificate of Service

I certify that on January 7, 2010, a copy of this **Application to Employ Onsager, Staelin & Guyerson, LLC as Counsel for the Debtor, Affidavit of Christian C. Onsager in Support of Application to Employ Onsager, Staelin & Guyerson, LLC, as Counsel for the Debtor** and **Exhibit A to the Application** were served by placing it in the United States mail, postage prepaid, addressed to the following:

**U.S. Trustee's Office:**

U.S. Trustee's Office
999 18th Street, Suite 1551
Denver, CO  80202

**Entry of Appearances:**

Leo Weiss, Esq.
United States Trustee's Office
999 18th Street, Suite 1551
Denver, CO 80202
Leo.M.Weiss@usdoj.gov

Brent R. Cohen, Esq.
Chad S. Caby, Esq.
Rothgerber, Johnson & Lyons, LLP
1200 17th Street, Suite 300
Denver, CO 80202
bcohen@rothgerber.com
ccaby@rothgerber.com

John P. Melko, Esq.
Gardere Wynne Sewell, LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011
jmelko@gardere.com

Michael P. Cooley, Esq.
Gardere Wynne Sewell, LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
mcooley@gardere.com

Jolene M. Wise, Esq.
Securities and Exchange Commission
175 W. Jackson Blvd.
Chicago, IL 60604
wisej@sec.gov

DeAnn L. Owen, Esq.
Office of the Solicitor, Rocky Mtn Region
755 Parfet Street, Suite 151
Lakewood, CO 80215
deann.owen@sol.doi.gov

Jennifer L. Stenman, Esq.
Franke Greenhouse List & Lippitt LLP
Granite Building, Second Floor
1228 15th Street
Denver, CO 80202
jstenman@fgll-law.com

James E. Brown, Esq.
James E. Brown & Associates, P.C.
1350 17th Street, Suite 306
Denver, CO 80202
jim@jamesebrown.com

Todd B. Becker, Esq.
Law Offices of Todd B. Becker
3750 E. Anaheim Street, Suite 100
Long Beach, CA 90804
becker@toddbeckerlaw.com

Eric A. Easton, Esq.
Sr. Assist Attorney General
Wyoming Oil & Gas Conserv. Comm.
P.O. Box 2640
Casper, WY 82602

**20 Largest Unsecured Creditors:**

| | | |
|---|---|---|
| The Cutler Group<br>c/o Robert J. Feldhake, Esq.<br>The Feldhake Law Firm, P.C.<br>650 Town Center Dr., Suite 1590<br>Costa Mesa, CA 92626 | The Deccio Group<br>c/o Kenneth S. August, Esq.<br>August Law Group, P.C.<br>19200 Von Karman Ave., Suite 900<br>Irvine, CA 92612 | Jeffrey A. Bartholomew, Esq.<br>Robinson, Waters & O'Dorisio, P.C.<br>1099 18th Street, 26th Floor<br>Denver, CO 80202 |
| Rocky Mountain Power<br>1033 N.E. 6th Avenue<br>Portland, OR 97256 | Rocky Mountain Power<br>Attn: Yvonne R. Hogle, Legal Dept<br>201 S. Main, Suite 2300<br>Salt Lake City, UT 84111 | Scott Perry<br>LBA Realty Fund III-CO III LLC<br>99918th Street, Suite 210<br>Denver, CO 80202 |
| Enertia Software<br>125 W. Missouri Ave.<br>Midland, TX 79701 | John Works<br>6165 E. Iliff Ave, B-107<br>Denver, CO 80222 | Robert Bearman, Esq.<br>Patton Boggs, LLP<br>1801 California Street, Suite 4900<br>Denver, CO 80202 |
| Richard Kurtenbach<br>31 Lark Bunting Lane<br>Littleton, CO 80127 | Baker Hughes, Inc.<br>12645 W. Airport Blvd.<br>Sugarland, TX 77478 | Denise Greer<br>13248 Red Deer Trail<br>Broomfield, CO 80020 |
| Roundtop Pump & Supply, LLC<br>P.O. Box 143<br>Thermopolis, WY 82443 | Ephraim del Pozo, Esq.<br>Porter & Hedges, LP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | Jeffrey B. Bennett<br>TCF Services, Inc.<br>145 S. Durbin Street., Suite 300<br>Casper, WY 82601 |
| Steve Delger<br>641 W. 50th Street<br>Casper, WY 82601 | Michael Patik<br>2240 W 45th Street<br>Casper, WY 82604 | Jon Nicolaysen<br>1134 S. Wolcott Street<br>Casper, WY 82601 |
| Valentine Construction, Inc.<br>P.O. Box 490<br>Glenrock, WY 82637 | Basic Energy Services, L.P.<br>P.O. Box 841903<br>Dallas, TX 75284 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |

Cheryl York
9493 Palisade Court
Highlands Ranch, CO 80130

**Counsel to Debtor:**

Randall J. Feuerstein, #10479
Herbert A. Delap, #1005
1700 Broadway, Suite 210
Denver, CO 80290-2101


/s/ Angie Tafoya