UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: RANCHER ENERGY CORP., ) Case No. 09-32943MER
)
Debtor ) Chapter 11
)
)

## ORDER APPROVING APPLICATION TO EMPLOY ONSAGER, STAELIN & GUYERSON, LLC, AS COUNSEL FOR THE DEBTOR

THIS MATTER coming before the Court on the Debtor's Application to Employ Onsager, Staelin & Guyerson, LLC, as Counsel to the Debtor (the "Application"), the Court having read the Application, and being otherwise fully advised in the premises, it hereby

FINDS that Onsager, Staelin & Guyerson, LLC, neither holds nor represents any interest adverse to the Debtor's estate with respect to matters within the scope of retention, that its attorneys are disinterested persons under 11 U.S.C. §§101 and 327, and that its employment is necessary and in the best interests of the estate.

IT IS THEREFORE ORDERED that:

1. Effective January 7, 2010, the Debtor is authorized to employ Onsager, Staelin & Guyerson, LLC as its counsel in this Chapter 11 case for the purposes specified in the Application.

2. No fees and expenses shall be paid to Onsager, Staelin & Guyerson, LLC, without prior application and as otherwise approved by the Court.

Dated: January 13, 20 10, *nunc pro tunc* to January 7, 2010

_____
United States Bankruptcy Judge