UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| Rancher Energy Corp., | ) Case No. **09-32943 MER** |
| EIN: 98-0422451 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED DISCLOSURE STATEMENT**

The United States Trustee, ("UST"), as his objection to the adequacy of the Debtor's Amended Disclosure Statement states as follows:

1. The various subclasses under Class 4 are not assured of payment within five years of the petition date. The Debtor's Plan should be amended to comply with 11 U.S.C. § 1129(a)(9)(C). Plan p. 8; Disclosure Statement, ("DS"), pp. 19-20.

2. Classes 6, 7, 8, and 9 are receiving equity interests in the reorganized debtor. As such, it appears that the Plan does not meet the requirements of 11 U.S.C. § 1129(b)(2)(B) and cannot be confirmed by "cramdown." Plan pp. 9, 15; DS p.3.

3. The exculpation provisions of the Plan are contrary to Tenth Circuit law. Plan p.13.

4. Section 345, title 11, United States Code does not apply to the funds of a reorganized debtor. As such ¶ 9.6 of the plan must be amended. Plan p. 14.

5. The Debtor must disclose the amounts which will be paid its management post-confirmation. "TBD," which presumably means To Be Determined, is not an adequate disclosure. DS p. 22.

      WHEREFORE, the United States Trustee prays that the Court deny the adequacy of the Debtor's Amended Disclosure Statement and grant him such other and further relief as may seem just and proper under the circumstances.

Dated: December 29, 2010.

                                                    Respectfully submitted,

                                                    CHARLES F. McVAY
                                                  UNITED STATES TRUSTEE

                                                  **/s/Leo M. Weiss**
                                                  By: Leo M. Weiss, #15294
                                                  Trial Attorney
                                                  999 18th Street, Suite 1551
                                                  Denver, CO 80202
                                                  (303) 312-7244
                                                  (303) 312-7259 fax
                                                  Leo.M.Weiss@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that a copy of the **UNITED STATES OBJECTION TO ADEQUACY OF THE DEBTOR'S AMENDED DISCLOSURE STATEMENT** was mailed, postage prepaid, at the date set forth below to the following individuals.

Dated: December 29, 2010.

Rancher Energy Corp.
999 18th Street, Suite 3400
Denver, CO 80202

Christian Onsager
1873 S. Bellaire St., #1401
Denver, CO 80222

Commissioner of Securities
1525 Sherman St.
Denver, CO 80203

SEC
1801 California St., #4800
Denver, CO 80202

                                              <u>**/s/ Bev Smith**</u>
                                              Office of the United States Trustee