UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 09-32943 MER |
| RANCHER ENERGY CORP., | ) |
| A Nevada corporation | ) Chapter 11 |
| | ) |
| EIN: 98-0422451 | ) |
| Debtor. | ) |

**NOTICE OF FILING SCHEDULES TO THE ASSET PURCHASE AGREEMENT BETWEEN LINC ENERGY PETROLEUM (WYOMING), INC., AND DEBTOR IN CONNECTION WITH A MOTION FOR ORDER AUTHORIZING (I) SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; AND (II) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES FILED ON DECEMBER 21, 2010**

Rancher Energy Corp. ("Debtor") hereby gives notice of the following:

1.  On December 21, 2010, Rancher Energy Corp. ("Debtor") filed its Motion For Order Authorizing (I) Sale Of Substantially All Of Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; And (Ii) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, with the Bankruptcy Court (the "Motion").

2.  Debtor attached the Asset Purchase Agreement between Debtor and Linc Energy Petroleum (Wyoming), Inc. ("Linc") (the "APA") to the Motion as Exhibit A. In the interest of time, Debtor filed the APA without the schedules referenced therein. Debtor and Linc have agreed on the schedules to the APA, which are filed with this Notice. The Debtor has the obligation to update the schedules as necessary pursuant to the terms of the APA.

3.  The deadline to object to the Motion has been set for January 14, 2011. See Docket No. 445, entered December 21, 2010.

Dated: December 30, 2010

Respectfully submitted,

**ONSAGER, STAELIN & GUYERSON, LLC**

By: s/ Christian C. Onsager
Christian C. Onsager, #06889
Michael J. Guyerson, #11279
Andrew D. Johnson, #36879
1873 S. Bellaire St., Suite 1401
Denver, Colorado 80222
Telephone: (303) 512-1123
Facsimile: (303) 512-1129
consager@osglaw.com
mguyerson@osglaw.com
ajohnson@osglaw.com
Attorneys for Debtor