**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| RANCHER ENERGY CORP., | ) Case No. 09-32943 MER |
| | ) |
| Debtor. | ) Chapter 11 |

**NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT**

TO THE DEBTOR, ITS CREDITORS, EQUITY HOLDERS, AND OTHER PARTIES-IN-INTEREST:

NOTICE IS HEREBY GIVEN that a Disclosure Statement was filed by Rancher Energy Corp. Pursuant to Order of the Court, a hearing will be held on the adequacy of such Disclosure Statement on **Monday, February 14, 2011, at 9:00 a.m. in Courtroom D**, United States Bankruptcy Court, U.S. Customs House, 721 19th St., Denver, CO 80202-2508.

NOTICE IS FURTHER GIVEN that pursuant to Local Bankruptcy Rule 3017-1, any objections to the Disclosure Statement shall be made in writing and the original of the objection shall be filed with the Court and a copy served on the attorney for Rancher Energy Corp., the Debtor, the United States Trustee, and the Trustee, if any, counsel for the Creditors' Committee (or when there is no counsel, to the Committee Chairperson), applicable regulatory agencies, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities of the State of Colorado, on or before **February 7, 2011**. Objections must specify clearly the grounds upon which they are based, including the citation of supporting legal authority, if any, and references to the particular portions of the Disclosure Statement to which the objection is made. General objections will not be considered by the Court.

The Disclosure Statement is available for public inspection from 8:00 a.m. to 4:30 p.m. during any regular business day in the Clerk's Office of the U.S. Bankruptcy Court for the District of Colorado, U.S. Customs House, 721 19th St., Denver, CO 80202-2508. Any interested party who desires a copy of the Disclosure Statement or Plan may submit such request to the proponent of the Disclosure Statement or Plan at the address stated below, with a copy of that request to the Clerk of the Bankruptcy Court. The proponent shall promptly provide the requested copy.

The hearing may be continued from time to time by Order made in Open Court without further written notice to creditors.

DATED: January 24, 2011                           **Onsager, Staelin & Guyerson, LLC**

By: /s/Michael J. Guyerson
    Michael J. Guyerson, #11279
    Christian C. Onsager, #06889
1873 S. Bellaire St., Suite 1401
Denver, Colorado 80222
Telephone: (303) 512-1123
Facsimile: (303) 512-1129
consager@osglaw.com
mguyerson@osglaw.com